IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02865-MEH

ERICKA TAYLOR, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

VIRTUOSO SOURCING GROUP, LLC,

    Defendant.

## ORDER CLOSING CASE

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed October 31, 2019; ECF 8]. The Court finds the Notice and terms of the dismissal proper. Thus, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 31st day of October, 2019.

        BY THE COURT:

        *Michael E. Hegarty*

        Michael E. Hegarty
        United States Magistrate Judge